**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,     :   No. 707 MAL 2019

         Respondent              :

                                     :   Petition for Allowance of Appeal
                                     :   from the Order of the Superior Court

         v.                       :

                                     :

MICHAEL ANTHONY CHRISTIAN,      :

                                     :

         Petitioner                :

## **ORDER**

**PER CURIAM**

     **AND NOW**, this 11th day of May, 2020, the Petition for Allowance of Appeal is **DENIED**.